# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

146475 & (20)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                  SC: 146475
                                                  COA: 313162

RICHARD HANNABLE McDUFF,
      Defendant-Appellant.
                                                 Wayne CC:   89-004878-FC

_____/

On order of the Court, the motion for stay is treated as an application for leave to appeal the November 15, 2012 order of the Court of Appeals. It is considered, and it is DENIED, because there are no proceedings in this Court to stay. The Court of Appeals order may be appealed after the trial court proceedings on remand are complete and an appeal (if any) is taken from that decision.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013                          _____

h0325                                                Clerk